USCA1 Opinion

 

 November 10, 1994 [NOT FOR PUBLICATION] UNITED STATES COURT OF APPEALS FOR THE FIRST CIRCUIT ___________________ No. 94-1360 RAUL TORRES, Plaintiff, Appellant, v. SECRETARY OF HEALTH AND HUMAN SERVICES, Defendant, Appellee. __________________ APPEAL FROM THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO [Hon. Carmen Consuelo Cerezo, U.S. District Judge] ___________________ ___________________ Before Torruella, Chief Judge, ___________ Selya and Cyr, Circuit Judges. ______________ ___________________ Paul Ramos Morales on brief for appellant. __________________ Guillermo Gil, United States Attorney, Maria Hortensia Rios, _____________ ____________________ Assistant U.S. Attorney, and Robert M. Peckrill, Assistant ____________________ Regional Counsel, Dept. of Health & Human Services, on brief for appellee. __________________ __________________ Per Curiam. We have carefully reviewed the record and __________ claimant's brief and find none of claimant's arguments meritorious. Vocational testimony was not required. The ALJ gave valid reasons, based on a fair reading of the record, for discounting claimant's subjective complaints and concluding claimant retained the capacity to perform one of his former types of jobs as a personal driver/chauffeur. Affirmed. ________ -2-